

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LISETTE NICOLE MCGUIRE, | § | No. 08-23-00208-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th Judicial District Court |
| THE STATE OF TEXAS, | § | of Brewster County, Texas |
| Appellee. | § | (TC# CR04751) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. On June 20, 2023, a jury convicted Appellant, Lisette McGuire, of first-degree murder. Appellant timely filed a motion for new trial which the trial court denied as to guilt-innocence and granted as to punishment by order signed August 28, 2023.

Generally, courts of appeals have jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *See e.g.*, *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961). When, as here, the trial court grants a new punishment hearing, there is no final conviction to appeal. *See e.g.*, *Norris v. State*, No. 02-10-0014-CR, 2010 WL 1854138, at *1 (Tex. App.—Fort Worth May 6, 2010, no pet.) (mem. op., not designated for publication)

(dismissing an appeal for lack of jurisdiction because no final, appealable judgment existed after the trial court granted a motion for new punishment hearing).

Because there is no appealable judgment of conviction, we dismiss the appeal for lack of jurisdiction. All pending motions are denied as moot.

YVONNE T. RODRIGUEZ, Chief Justice

September 7, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

(Do Not Publish)